IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:24-CR-00033-FL-BM-1

| UNITED STATES OF AMERICA | ) | ORDER GRANTING |
| | ) | DEFENDANT'S UNOPPOSED |
| v. | ) | MOTION TO CONTINUE |
| | ) | SENTENCING HEARING AND |
| SHAWN TOBIN LOCKLEAR, JR. | ) | EXTEND TIME TO FILE |
| | ) | OBJECTIONS TO THE DRAFT |
| | ) | PRESENTENCE REPORT |

This matter comes before the Court on the unopposed motion of Defendant Shawn Tobin Locklear, Jr. to extend the time for both parties to file objections to the draft presentence report (DE 81) and to continue the sentencing hearing. For good cause shown, the motion is GRANTED. Objections to the draft presentence report are due September 18, 2025, and sentencing is continued to the November 4, 2025 term of court.

SO ORDERED, this the 12th day of August, 2025.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE